IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| R. BRIAN SUTPHIN ) | |
| ) | |
| V.                      ) | CIVIL NO. L00cv540 |
| ) | |
| BOMBARDIER INC. AND BOMBARDIER ) | |
| MOTOR CORPORATION OF AMERICA ) | |

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1(b) of this Court, J. Stephen Simms, a member of the Bar of this Court, moves the admission of JOHN D. SLOAN, JR. to appear pro hac vice in this captioned proceeding as counsel for Plaintiff.

Movant and the proposed admittee respectfully certify as follows:

1. The proposed admittee is a member in good standing of the Bars of the State of Texas, the United States District Court for the Eastern District of Texas, and the United States District Court for the Northern District of Texas.

2. During the twelve months immediately preceding the filing of this motion, the proposed admittee has not been admitted pro hac vice in this court.

3. The proposed admittee has never been disbarred, suspended or denied admission to practice.

4. The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

5. Co-counsel for the proposed admittee in this proceeding will be the undersigned or W. Charles Bailey, Jr., who has been formally admitted to the bar of this

Court.

6. It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: J. STEPHEN SIMMS | PROPOSED ADMITTEE: JOHN D. SLOAN, JR. |
|---|---|
| *[signature]* | *[signature]* |
| GREBER & SIMMS | SLOAN & PRICE, P.C. |
| 20 South Charles Street | 101 East Whaley, Post Office Drawer 2909 |
| Baltimore, Maryland 21201 | Longview, Texas 75606 |
| Telephone: 410-783-5795 | Telephone: 903-757-7300 |
| Fax: 410-783-1368 | Fax: 903-757-7574 |
| Md. U. S. District Court Number: 4269 | |

_____ FILED   _____ ENTERED
_____ LODGED  _____ RECEIVED

O R D E R   JUN 1 4 2000

Motion __✓__ GRANTED

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED.

Dated _____.

*[signature]*
JUDGE, U. S. DISTRICT COURT

Date: 6/14/00

# GREBER & SIMMS
A Partnership of Professional Corporations

J. STEPHEN SIMMS, P.C.
JSSIMMS@GSLAW.COM

May 24, 2000

FILED ____ ENTERED
LODGED ____ RECEIVED

MAY 2 6 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY

Clerk, Civil
U.S. District Court for the
District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

Re:   Sutphin v. Bombadier
      Civil Action No. L 00-CV-540

Dear Sir or Madam:

Please accept for filing an original and one copy of an entry of appearance for plaintiff's consel, pro hac vice motion for John Sloan, Esq., and $50 appearance check.

Thank you for your assistance.

Sincerely,

J. Stephen Simms

Enclosure

TWENTY SOUTH CHARLES STREET • SUITE 702 • BALTIMORE, MARYLAND 21201
Telephone 410.783.5795 • Facsimile 410.783.1368 • URL www.gslaw.com
Offices also in Frederick, Maryland