LAW OFFICES
# MILES & STOCKBRIDGE P.C.
10 LIGHT STREET
BALTIMORE, MARYLAND 21202-1487

TELEPHONE 410-727-6464
FAX 410-385-3700

CAMBRIDGE, MD
COLUMBIA, MD
EASTON, MD
FREDERICK, MD

McLEAN, VA
ROCKVILLE, MD
TOWSON, MD
WASHINGTON, D.C.

mgately@milesstockbridge.com

MARK D. GATELY
Direct Dial: (410) 385-3643

June 14, 2000

_____ FILED    _____ ENTERED
_____ LODGED    _____ RECEIVED

JUN 1 6 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

HAND DELIVERY
The Honorable Benson E. Legg
United States District Court Judge
United States District Court
for the District of Maryland
101 W. Lombard Street
Room 340
Baltimore, MD 21202

Re:  Sutphin v. Bombardier, Inc., et al.
     Civil Action No. L00-540

Dear Judge Legg:

Your Scheduling Order of June 1, 2000 required, among other things, that the parties advise you of the number of hours of depositions, which they believe will be necessary in this case. I wrote to local counsel and Texas counsel for the Plaintiff on June 6, 2000 advising that I believed each side would need no less than 14 hours for depositions of fact witnesses. To date, I have not heard from Plaintiff's counsel as to whether they agree with this suggestion or not.

Absent any strong objection from Plaintiff, I would respectfully request, on behalf of the Defendants, that the Court permit 14 hours of depositions of fact witnesses in this matter.

Should Your Honor have any questions, please let me know.

Respectfully Submitted,

Mark D. Gately

Request **APPROVED** this
16th day of June, 2000

Herbert N. Maletz for
Benson Everett Legg

MDG/daw
cc:  J. Stephen Simms, Esquire (via telecopier)
     John D. Sloan, Jr., Esquire (via telecopier)

BALTC1:347847v1|G1424-000001|06\14\00