IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

R. BRIAN SUTPHIN                               *

                    Plaintiff,                 *

          vs.                                  *          Civil No. L-00-540

BOMBARDIER, INC., et al.                       *

                    Defendants.                *

*     *     *     *     *     *     *     *     *     *     *     *

## ORDER

UPON CONSIDERATION OF Defendant, Bombardier Inc.'s Motion to Amend

Answer, any opposition thereto, and any hearing thereon, it is this _19_ day of June, 2000

hereby

    1.    ORDERED that Bombardier, Inc. is granted leave of this Court, pursuant to Fed.

R. Civ. P. 15(a) to amend its Answer, and it is further

    2.    ORDERED that such Answer shall be filed within 10 days of the date of this

Order.

Judge Benson Everett Legg
United States District Court for the
District of Maryland,
Northern Division