IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| R. BRIAN SUTPHIN | * |
| Plaintiff, | * |
| vs. | * Civil No. L00-540 |
| BOMBARDIER, INC., et al. | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION OF Defendant, Bombardier Motor Corporation of America's Motion to Amend Answer, any opposition thereto, and any hearing thereon, it is this 19th day of June, 2000 hereby

1. ORDERED that Bombardier Motor Corporation of America is granted leave of this Court, pursuant to Fed. R. Civ. P. 15(a) to amend its Answer; and it is further

2. ORDERED that such Answer shall be filed within 10 days of the date of this Order.

_____
Judge Benson Everett Legg
United States District Court
for the District of Maryland,
Northern Division