IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

R. Brian Sutphin,                          *

    Plaintiff,                           *    Civil Action No. L00-CV-540

v.                                         *

Bombardier, Inc. and Bombardier            *
Motor Corporation of America,
                                           *
    Defendants.
*    *    *    *    *    *    *    *    *    *    *

## STIPULATION TO MODIFY RULE 26(a)(2) & DISCOVERY DEADLINES

Pursuant to Fed. R. Civ. P. 26(a)(2) and 29, and L.R. 105.9(a), R. Brian Sutphin, by his undersigned attorneys, and Bombardier, Inc., and Bombardier Motor Corporation of America, by their undersigned attorneys, stipulate to modify the Rule 26(a)(2) disclosures re expert and discovery deadlines as follows:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) disclosures re experts | November 15, 2000 |
| Defendants' Rule 26(a)(2) disclosures re experts | December 16, 2000 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | December 30, 2000 |
| Discovery deadline: submission of status report | January 27, 2001 |

WHEREFORE, the parties request that this Court enter an order modifying the Rule 26(a)(2) and discovery deadlines.

Dated: September 14, 2000.

                                                                           _____
J. Stephen Simms (#4269)
W. Charles Bailey, Jr (#23580)
Greber & Simms
Suite 702
Twenty South Charles Street
Baltimore, Maryland 21201
(410) 783-5795
Counsel for plaintiff

OF COUNSEL:
John D. Sloan, Jr.
Sloan & Price
101 E. Whaley, P.O. Drawer 2909
Longview, Texas 75606
(903) 757-7300

_____
J. Mark Coulson (#09535)   /permission
MILES & STOCKBRIDGE, P.C.
10 Light Street
Baltimore, Maryland 21201
(410) 727-6464
Counsel for defendants

IT IS SO ORDERED this 15th day of Sept. ____, 2000.

_____
Benson Everett Legg
U.S. District Court Judge