IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| R. BRIAN SUTPHIN | * | |
| Plaintiff, | * | |
| vs. | * | Civil No. L-00-CV-540 |
| BOMBARDIER, INC., et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Joint Motion to Modify Rule 26(a)(2) Disclosures and Discovery Deadlines submitted by Plaintiff, R. Brian Sutphin and Defendants, Bombardier Motor Corporation of America and Bombardier, Inc. it is this 14TH day of December, 2000, hereby **ORDERED**:

1. That the Joint Motion be, and the same hereby is, **GRANTED**; and it is further

2. **ORDERED** that the deadlines in this case be adjusted as follows:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) disclosures re: experts | January 14, 2001 |
| Defendants' Rule 26(a)(2) disclosures re: experts | February 14, 2001 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re: experts | February 28, 2001 |
| Discovery deadline; submission of status report | March 28, 2001. |

**SO ORDERED.**

_____
Benson Everett Legg
U.S. District Court Judge